IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| A.B., by and through his mother and next friend Wavann M., and WAVANN M. individually,<br><br>    Plaintiffs,<br><br>v.<br><br>AUTAUGA COUNTY SCHOOL DISTRICT,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION NO.<br>)    2:10cv1095-MHT<br>)        (WO)<br>)<br>)<br>)<br>) |

## JUDGMENT

Pursuant to the joint stipulation for dismissal (Doc. No. 21), it is the ORDER, JUDGMENT, and DECREE of the court that all claims in this cause are dismissed with prejudice, with the parties to bear their own costs.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 28th day of June 2011.

                        /s/ Myron H. Thompson
                  UNITED STATES DISTRICT JUDGE